IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARJORIE WORKMAN,

    Plaintiff,

-vs-

CONSTANCE FORTNAM,
and TETON TRANSPORTATION, INC.,

    Defendants.                    NO. 10-CV-272-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Court has been advised that this case has settled. Therefore, this case is **DISMISSED** with prejudice in its entirety.

                                            NANCY J. ROSENSTENGEL,
                                            CLERK OF COURT


                                            BY:      /s/*Sandy Pannier*
                                                               **Deputy Clerk**

Dated: May 24, 2012

                                  Digitally signed by David R. Herndon
                                  Date: 2012.05.24 09:28:42 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT